FILED

09/30/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0527

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0527

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.                                                                O R D E R

ROBIN R. COLLINS,

      Defendant and Appellant.

_____

      Pursuant to the Internal Operating Rules of this Court, this cause was classified for submission on briefs to the Court sitting en banc on August 17, 2022.

      The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Brenda Gilbert, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 30 2022